**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

DONNA M. GRAY,         )
    Plaintiff,         )
         )
v.         )
         )    **Case No. CIV-25-1079-R**
         )
FRANK BISIGNANO,         )
Commissioner of Social Security,         )
    Defendant.         )

## ORDER

Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) is GRANTED.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand to the Commissioner for further administrative proceedings.  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

IT IS SO ORDERED this 19th day of March, 2026.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE